# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SANDRA ROOT, et al.  :

    Plaintiffs,  :  Case No. 3:17CV267
        District Judge Walter Herbert Rice

-vs-  :

  :

NEW JASPER, TOWNSHIP OF, et al.

  :

    Defendants.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.

December 4, 2017

                                        Walter Herbert Rice
                                        United States District Judge