UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SANDRA ROOT, *et al.*,

    Plaintiffs,

vs.

NEW JASPER TOWNSHIP, *et al.*,

    Defendants.

Case No. 3:17-cv-267

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW (DOC. 13); AND (2) PROVIDING NOTICE TO PLAINTIFFS REGARDING PROCEEDING PRO SE**

---

This civil case is before the Court on the motion to withdraw as Plaintiffs' counsel -- a motion filed by attorneys David C. Barrett, Jr., Amanda Stacy Hartman, and Kaitlyn M. Kachmarik from the law firm of Barrett, Easterday, Cunningham & Eselgroth LLP. Doc. 13. The Court has carefully reviewed counsels' motion and the supporting affidavit (doc. 13-1). Counsel certify that the motion was served on Plaintiffs on or about December 14, 2017. *See* doc. 13 at PageID 104. Absent any opposition, and for good cause shown, the motion to withdraw as counsel (doc. 13) is **GRANTED**.

Plaintiff Sandra Root is **NOTIFIED** that, in the absence of new counsel entering an appearance on the record on her behalf within the next **THIRTY (30) DAYS**, she will be deemed as proceeding *pro se* (*i.e.*, without the assistance of counsel). If Ms. Root elects to proceed *pro se*, she shall promptly provide her up-to-date contact information (including mailing address, phone number, and email), in writing, to counsel for Defendants and the Court so that all parties to the action and the Court can communicate with her and serve her with papers during the duration of this action. Ms. Root is further **NOTIFIED** that, while proceeding without an

attorney, she must attach a Certificate of Service to each document she files with the Court and, in addition, mail a copy of any filing to counsel for all parties, thereby advising all counsel in this case and the Court of the date on which any and all documents were served.

Plaintiff Silver Creek Stables Riding Center, LLC ("Silver Creek") is notified that, as a business entity, it may proceed in federal court only through an attorney licensed and admitted to practice in this Court. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993) (holding that all artificial entities may only appear in federal court through a licensed attorney); *see also WB Music Corp. v. Port City Cruise Line, Inc.*, No. 1:09-cv-742, 2009 WL 3066663, *n.1 (W.D. Mich. Sept. 22, 2009) (citing *Lattanzia v. COMTA*, 481 F.3d 137, 140 (2nd Cir. 2007) (clarifying that limited liability companies must appear through counsel). The Court grants Silver Creek **THIRTY (30) DAYS** from the entry of this Order to obtain and have counsel of record appear in this matter on its behalf. Any failure by Silver Creek to retain counsel and have counsel enter an appearance within 30 days may result in appropriate relief including, but not limited to, dismissal of its claims for failure to prosecute.

**IT IS SO ORDERED.**

Date:  January 8, 2018              s/ Michael J. Newman
                                    Michael J. Newman
                                    United States Magistrate Judge