IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SANDRA ROOT, *et al.*,

    Plaintiffs,

v.

NEW JASPER TOWNSHIP, *et al.*,

    Defendants.

Case No. 3:17-cv-267

JUDGE WALTER H. RICE

---

DECISION AND ENTRY DISMISSING CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION; OVERRULING AS MOOT DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (DOC. #21); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFFS; TERMINATION ENTRY

---

On April 25, 2018, the Court issued a Notation Order granting Plaintiffs' counsel leave to withdraw. On May 7, 2018, the Court issued an Order, Doc. #29, giving Plaintiff 30 days to advise the Court that she would be proceeding *pro se*, or to notify the Court of the name of her new counsel. She was warned that failure to comply with this Order would result in dismissal of her case without prejudice for want of prosecution.

Plaintiff has failed to comply with the Court's Order within the time allotted. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this action for want of prosecution. Said dismissal is WITHOUT

PREJUDICE to refiling. The Court OVERRULES AS MOOT Defendants' Motion for Partial Judgment on the Pleadings, Doc. #21.

Judgment will be entered in favor of Defendants and against Plaintiffs.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: June 7, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE